IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3029 |
| | ) | |
| v. | ) | |
| | ) | |
| GEOVANI SAN PEDRO LOPEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 8, 2009, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 53), filed by the plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1. The government's motion for reduction of sentence is granted.

2. Defendant is resentenced to 78 months in prison. This sentence shall be consecutive to the sentence imposed in 8:98CR126. Defendant is to be given credit for time served since December 20, 2007, under the previous Judgment and Committal Order (Filing No. 35), which was signed and filed on June 24, 2008.

3. All other terms and conditions of the previous Judgment and Committal Order (Filing No. 35) remain in full force and effect.

4. The transcript of the hearing shall be sealed.

DATED this 8th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court